IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIYHA WEST, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 25-5661 |
| CAPITAL ONE AUTO FINANCE et al., | : |
| *Defendants.* | : |

## ORDER

AND NOW, this **16th** day of **December 2025**, it is hereby **ORDERED** as follows:

1. Plaintiff Samiyha West's Motions for a Temporary Restraining Order (ECF No. 4 and ECF No. 5) are **DENIED AS MOOT**.

2. Plaintiff's Motion to Withdraw the Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 13) is **GRANTED**.

3. Plaintiff's Motion for an Extension (ECF No. 26) is **GRANTED**.

4. Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 27) is **GRANTED**.

5. For reasons explained in the accompanying Memorandum, Defendant's Motion to Stay (ECF No. 18) is **GRANTED**.

6. This Case is hereby **STAYED** for **60 days** upon entry of this Order, during which time the Trustee in Plaintiff West's bankruptcy proceeding **SHALL** enter an appearance in this action and **SHALL** decide whether the Trustee will prosecute the claims.

7. To expedite the process of notifying the Trustee, the Clerk of Court is hereby **ORDERED** to **SERVE** a copy of this Order and accompanying Memorandum to the Chapter 7 Trustee in Plaintiff West's bankruptcy proceeding, *In re Samiyha West*, no. 25-bk-14303-pmm.

BY THE COURT:

_Kai N. Scott_
**HON. KAI N. SCOTT**
**United States District Court Judge**